Writ denied. The district attorney having informed the Court that the detainer has been removed the matter is moot and otherwise without merit.

253 So.2d 381

**HARTFORD FIRE INSURANCE COMPANY**

v.

**ROGER WILSON, INC., et al.**

No. 51829.

Oct. 28, 1971.

In re: Hartford Fire Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Natchitoches. 252 So.2d 161.

Writ denied. Judgment is not final and all parties' rights are reserved to complain on final judgment.